E-FILED
Wednesday, 21 October, 2026 02:00:34 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **PNC BANK NATIONAL ASSOCIATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOBS CONCRETE AND EXCAVATING LLC and BRUCE JACOBS,**<br><br>**Defendants.** | ) | **Case No. 25-CV-2216** |

**ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION**

On September 23, 2026, a Report and Recommendation (#26) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. The court therefore accepts the Magistrate Judge's Report and Recommendation (#26).

IT IS THEREFORE ORDERED:

1. The Report and Recommendation (#26) is accepted by the court.
2. Plaintiff's Motion for Civil Contempt & Writ of Body Attachment (#22) is hereby GRANTED.
3. The court finds Defendants Jacobs Concrete and Excavating LLC and Bruce Jacobs, as agent of Jacobs Concrete and Excavating LLC, in civil contempt for violation of the court's Order (#14) and Orders to Show Cause (#20 and #24).

4. The court shall issue a Writ of Body Attachment to Bruce Jacobs, as agent of Jacobs Concrete and Excavating LLC.

5. This matter is referred to the Magistrate Judge for further proceedings in accordance with this Order.

ENTERED on this 21st day of October 2026.

s/ *Colin S. Bruce*
COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE